**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐    1st    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Menrri Rosario    JOINT DEBTOR: _____    CASE NO.: 12-25666-RAM
Last Four Digits of SS#    8362    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $  1,373.81   for months   1   to   6  ;
    B.    $  1,561.35   for months   7   to   60  ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $  4,250.00 +175.00 Costs    TOTAL PAID $  1,750.00
                   Balance Due- $  2,675.00  payable $ 535.00 /month  (Months  1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____                     Arrearage on Petition Date  $_____
Address: _____             Arrears Payment   $_____/month (Months ___ to ___)
         _____             Regular Payment   $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Nationstar Mortgage, LLC Account #7707 | Non-Homestead Property located at: 755 Harem Ave Opa Locka, FL 33054<br><br>Value per Agreed Order: $67,000.00 | 5.25% | $701.43<br><br>$1,236.43<br><br>$1,325.56 | 1 to 5<br><br>6 to 6<br><br>7 to 60 | $76,323.60 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
                        Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors: Pay $ 79.65 month  (Months  7  to  60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Chase Manhattan Mortgage (homestead/mortgage) account #3286 and BMW Financial Services (2006 BMW) account#0913 will be paid outside the chapter 13 plan. Nationstar Mortgage LLC (scheduled as Aurora Loan Services) (non-homestead/mortgage) is being crammed-down through the Chapter 13 plan. The debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s Menrri Rosario
Debtor
Date:    1/4/13

LF-31 (rev. 01/08/10)